## RECONSIDERATION OF PRIOR DECISIONS

2010–2137. Ironton v. Rist.

Lawrence App. No. 10CA10, 2010-Ohio-5292. Reported at 128 Ohio St.3d 1425, 2011-Ohio-1049, 943

N.E.2d 572. On motion for reconsideration. Motion denied.

O'DONNELL and LANZINGER, JJ., dissent.